**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| PAUL EBERTS, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>ELDORADO RESORTS, INC., et al.,<br><br>         Defendants. | **Civil Action No. 19-18230 (SRC)**<br><br>**ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on the motion for appointment of lead plaintiff and approval of co-lead counsel by Plaintiff Boston Retirement System,

**IT IS** on this 16th day of December, 2019

**ORDERED** that proposed co-lead counsel shall submit to the Court for review *in camera* attorney certifications disclosing any agreements counsel and/or their clients have that concern or relate to the sharing or allocation of attorney fees awarded in this case with any other counsel; and it is further

**ORDERED** that, should this Court appoint the attorneys named as lead counsel, in the event lead counsel and/or local counsel enter into any future agreements, written or unwritten, with any other attorney, party, or putative class member regarding the allocation of fees and work relating to this matter, lead counsel and/or local counsel shall advise the Court of such agreement and shall submit the agreement to the Court for *in camera* review; and it is further

1

**ORDERED** that the certifications shall be submitted with ten days of the date of entry of this Order.


                                    s/ Stanley R. Chesler
                                    STANLEY R. CHESLER
                                    United States District Judge