CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL EBERTS, Individually and on behalf of all others similarly situated, | Civil Action No.: 2:19-cv-18230-SRC-CLW |
| *Plaintiff*, | |
| v. | ORDER **OF VOLUNTARY DISMISSAL** |
| ELDORADO RESORTS, INC., THOMAS ROBERT REEG, and BRET YUNKER. | |
| *Defendants*. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action brought before the United States District Court for the District of New Jersey, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Boston Retirement System hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

**LITE DEPALMA GREENBERG, LLC**

Dated: March 17, 2020

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg

s/Stanley R. Chesler, U.S.D.J 3/19/2020

818096.2